**Order entered September 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00671-CR

**WILLIAM GERARD PALMER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F-1200445-K**

## ORDER

The State's motion to accept brief tendered filed on September 15, 2015 is **GRANTED**.

We deem the State's brief **FILED** on September 15, 2015.


/s/      DAVID L. BRIDGES
        PRESIDING JUSTICE